# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

United States of America
v.
DANNY DELGADO
AKA "COBRITA"

Case No: 1:07CR00125-05
USM No: 41970-180

Date of Original Judgment: 10/05/2009
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Duane A. Baker (Pro Hac Vice)
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Because of the amount of drugs involved, the applicable guideline sentence was not lowered as a result of the changes to the Drug Quantity Table at §2D1.1. Therefore, he is not eligible for a sentence reduction pursuant to Amendment 782.

Except as otherwise provided, all provisions of the judgment dated 10/05/2009 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 2/15/2019

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Effective Date:
*(if different from order date)*